## ADAMS *et al. v.* HARP.

HILL, J. The evidence did not require the verdict, and the court did not abuse its discretion in the first grant of a new trial. Civil Code (1910), § 6204.          *Judgment affirmed. All the Justices concur.*

JUNE 14, 1916.

Probate of will. Before Judge Gilbert. Chattahoochee superior court. April 24, 1915.

*Hatcher & Hatcher,* for plaintiffs.

*T. T. Miller* and *E. J. Wynn,* for defendant.